1034

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO
WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07417-4, James D. McCutcheon, Jr., J.,
entered April 22, 1992. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Coleman and Baker, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. SUZANNE
GRIGG, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00521-7, Robert C. Bibb, J., entered
January 15, 1993. *Reversed* by unpublished opinion per Web-
ster, C.J., concurred in by Coleman and Becker, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY
VANNOY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00326-5, Robert C. Bibb, J., entered
January 12, 1993. *Affirmed* by unpublished opinion per Web-
ster, C.J., concurred in by Coleman and Becker, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL
TAMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-04345-7, Jim Bates, J., entered May 7, 1992.
*Affirmed* by unpublished opinion per Grosse, J., concurred in
by Coleman and Becker, JJ.